# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA**

**v.**  CRIMINAL NO. 2:97CR096-WAP

**BERNARD SANGS**

## ORDER

This cause having come before the Court on Bernard Sangs' motion for release (docket entry 185) pending resolution of his motion for retroactive application of the Sentencing Guidelines related to Crack Cocaine Offenses, and the Court, being fully advised in the premises, finds that said Motion is not well-taken and should be DENIED.

The Defendant has also filed a motion to expedite (docket entry 184) resolution of his motion for application of the revised Sentencing Guidelines. The motion to expedite is similarly DENIED.

ORDERED and ADJUDGED, this the 26th day of August, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE